**FILED**
Aug 08 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ roiannb  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. '13 CR2809 MMA |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Heroin (Felony) |
| MARIA DEL REFUGIO TAPIA, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about July 10, 2013, within the Southern District of California, defendant MARIA DEL REFUGIO TAPIA, did knowingly and intentionally import 100 grams and more, to wit: approximately 0.42 kilograms (0.92 pounds) of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 8/8/13 .

LAURA E. DUFFY
United States Attorney

D. BENJAMIN HOLLEY
Assistant U.S. Attorney

DBH:kot:San Diego
7/23/13