FILED

OCT 18 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE KAREN S. CRAWFORD)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate No. 13MJ2640-KSC |
| Plaintiff, ) | Criminal No.    13CR2809-MMA |
| v. ) | ORDER MODIFYING |
| MARIA DEL REFUGIO TAPIA, ) | CONDITIONS OF PRETRIAL RELEASE |
| Defendant. ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the conditions of pretrial release set in the above-captioned case to allow the defendant to travel to Tijuana, Mexico from October 18, 2013 and return on October 20, 2013, for the purpose of visiting her husband.

**IT IS FURTHER ORDERED** that U.S. Pretrial Services to release Ms. Tapia's passport so that she may leave and enter the county. Ms. Tapia will then surrender her passport to U.S. Pretrial upon her returns to the United States on October 20, 2013.

**SO ORDERED.**

Dated: 10/18/13

HONORABLE KAREN S. CRAWFORD
United States Magistrate Judge