**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Defendant Ms. Tapia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE KAREN S. CRAWFORD)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate No. 13MJ2640-KSC |
| Plaintiff, | Criminal No.   13CR2809-MMA |
| v. | UNOPPOSED REQUEST TO MODIFYING CONDITIONS OF PRE-TRIAL RELEASE |
| **MARIA DEL REFUGIO TAPIA,** | |
| Defendant. | |

The above-named Defendant, Maria del Refugio Tapia, by and through counsel, Bridget L. Kennedy, hereby request that the current conditions of pretrial release be modified to allow the defendant to periodically travel out of the district, at the discretion of Pre-Trial Services, between now and her self-surrender date of May 26, 2015. Ms. Tapia's trips out of the district will be to: Tijuana, Mexico; Mexicali, Mexico; and/or Riverside County, California. Ms. Tapia will be visiting her husband and siblings. Government counsel Stephen Miller and Pretrial Service Officer, Irene Pflaum, do not oppose to this request.

All other conditions shall remain as previously set by the Court.

Respectfully submitted,

Dated: April 21, 2015          *s/ Bridget L. Kennedy*
                                **BRIDGET L. KENNEDY**
                                Federal Defenders of San Diego, Inc.
                                Attorneys for Ms. Tapia

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Steven Miller, Assistant United States Attorney
Efile.dkt.gc2@usdoj.gov

Irene Pflaum, United States Pretrial Service Officer

Respectfully submitted,

Dated: April 21, 2015

*s/ Bridget L. Kennedy*
**BRIDGET L. KENNEDY**
Federal Defenders of San Diego, Inc.