# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA DEL REFUGIO TAPIA,<br><br>Defendant. | CASE NO. 13-cr-2809-MMA<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>[Doc. No. 116] |

Defendant Maria Del Refugio Tapia moves for early termination of her term of supervised release. *See* Doc. No. 116. To date, Defendant has served more than two-thirds of the three-year term imposed by the Court and the government does not oppose her motion. *See id.* at 2.

After considering the factors set forth in Title 18, section 3553(a), the Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). Upon due consideration of the applicable statutory factors, the Court **GRANTS** Defendant's motion and **ORDERS** that her remaining term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e)(1) as of the date this Order is filed.

**IT IS SO ORDERED**.

DATE: October 28, 2020

HON. MICHAEL M. ANELLO
United States District Judge